# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

136136

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ROBERT McKAY,
      Plaintiff-Appellant,

v

                                    SC: 136136
                                    COA: 279523
                                    WCAC: 05-000341

GENERAL MOTORS CORPORATION,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the February 20, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008                                          _____

t0616                                                        Clerk